

FILED
MAR 31 2026
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

THE G.O.A.T. MEDIA, LLC,

Appellant,

v.

VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., et al.,

Appellees.

Civil Action No. 26-cv-00124

On Appeal from the United States Bankruptcy Court
for the District of Delaware
Bankr. Case No. 25-10475 (TMH)

## NOTICE OF INDIVIDUAL APPEARANCE AND
## STATEMENT REGARDING STANDING

John T. Pautsch files this Notice of Individual Appearance and Statement Regarding Standing.

1.      I am the sole founder, manager, and economic stakeholder of THE G.O.A.T. MEDIA, LLC ("TGM"), and personally directed and financed the activities underlying the submissions, services, and conduct reflected in the record on appeal.

2.      In that capacity, and as reflected in the record, I:

• originated, developed, and maintained a continuous body of intellectual property, including scripts, manuscripts, pitch decks, format documents, treatments, series bibles, modular content units, and associated development methodologies and frameworks

• performed producer-level functions, including development, strategic positioning, talent identification and outreach, packaging, and related communications

- developed and applied structured processes for submission, evaluation, and project tracking across projects and formats

- directed and executed strategic initiatives associated with those materials, including development frameworks, positioning strategies, and system-level approaches

- relied on public-facing authority, governance, and representations made in connection with submission, evaluation, development, and execution processes; and

- sustained direct, concrete economic and professional harm arising from the operative conduct at issue

3.    I am the custodian of the materials submitted in connection with TGM's claim and this appeal, and personally compiled, organized, and submitted the evidentiary record, including communications, submission records, market references, and supporting documentation as reflected in the record, assembled from my direct involvement in those activities and organized as a structured evidentiary record. The record includes project submissions and related materials provided to the Debtors in the ordinary course of development pre-petition, and submissions of intellectual property and project identifications through the claims administration process, including associated titles, strategies, and market positioning.

4.    These injuries are personal, concrete, and particularized and arise from the same transactions and conduct reflected in TGM's claim and the record on appeal, and are capable of redress through the relief sought in this appeal, including economic, professional, and opportunity-based harms resulting from the operative conduct at issue.

5.    This Notice clarifies that individual rights arise alongside and are not limited to TGM's position, based on the same operative facts reflected in the record. TGM remains the

Appellant of record, and this filing preserves those individual rights while maintaining the existing claim structure and procedural posture of the appeal.

6.    This filing is submitted consistent with the Court's rules governing corporate representation and addresses individual interests arising from the same operative facts at issue on appeal.

7.    TGM is actively engaged in efforts to retain Delaware-admitted counsel in compliance with the Court's Order.

8.    This Notice is submitted to preserve rights and ensure continuity of the record while efforts to retain Delaware-admitted counsel continue.

9.    I respectfully request that the Court take notice of the foregoing in assessing the procedural posture of this appeal.

This filing preserves rights, maintains procedural integrity, and ensures proper presentation of the record.

Dated: March 31, 2026

Respectfully submitted,

/s/ John T. Pautsch

John T. Pautsch
Pro Se (Individual Capacity)
9903 Santa Monica Blvd. #169
Beverly Hills, CA 90212
Telephone: (310) 745-0257
Email: legal@thegoat.com