FILED
APR 09 2026
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

THE G.O.A.T. MEDIA, LLC,
    Appellant,

v.

VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., et al.,
    Appellees.

Civil Action No. 26-cv-00124
On Appeal from the United States Bankruptcy Court
for the District of Delaware
(Bankruptcy Case No. 25-10475 (TMH))

## MOTION TO SUBSTITUTE APPELLANT (REAL PARTY IN INTEREST)

THE G.O.A.T. MEDIA, LLC ("Appellant"), by its undersigned manager, respectfully moves pursuant to Federal Rule of Civil Procedure 17(a)(3) to substitute John T. Pautsch as Appellant so this appeal proceeds in the name of the real party in interest.

1.       This appeal arises from rights, authorship, labor, and economic interests personal to John T. Pautsch, including ownership of underlying works, associated registrations, economic participation, professional interests, and exclusion from creative and producer credit and related participation, together with reliance on authority representations in connection with the development and advancement of the underlying materials and strategies.

2.       The underlying materials and associated rights are held by John T. Pautsch. THE G.O.A.T. MEDIA, LLC's involvement was operational and did not include ownership of those rights.

3.       The asserted damages arise from personal authorship, personal financial contribution and exposure, income foregone, and reliance on authority representations during execution of, and exclusion from, the underlying materials and their market activity.

4.       The underlying rights and injuries existed at the time of filing and are held by John T. Pautsch.

5.      The initial designation of THE G.O.A.T. MEDIA, LLC reflected its operational role in the development and transmission of the materials, not ownership of the underlying rights.

6.      Substitution is appropriate to correct the party designation and permit the appeal to proceed in the name of the real party in interest.

7.      The substitution corrects party designation only and does not introduce new claims, new theories, or new operative facts.

8.      The substitution does not alter the underlying conduct, claims, or scope of the appeal and does not prejudice any party.

9.      This motion aligns the named appellant with the party that has always held the substantive rights at issue.

WHEREFORE, Appellant respectfully requests that the Court enter an order:

(a) substituting John T. Pautsch as Appellant in place of THE G.O.A.T. MEDIA, LLC; and

(b) granting such other relief as the Court deems just and proper.


Dated: April 8, 2026


Respectfully submitted,

/s/ John T. Pautsch

John T. Pautsch, Manager
THE G.O.A.T. MEDIA, LLC
9903 Santa Monica Blvd. #169
Beverly Hills, CA 90212
Telephone: (310) 745-0257
Email: legal@thegoat.com