FILED

APR 09 2026

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

THE G.O.A.T. MEDIA, LLC,
     Appellant,

v.

VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., et al.,
     Appellees.

Civil Action No. 26-cv-00124
On Appeal from the United States Bankruptcy Court
for the District of Delaware
(Bankruptcy Case No. 25-10475 (TMH))

## NOTICE REGARDING COUNSEL STATUS

THE G.O.A.T. MEDIA, LLC ("Appellant"), by its undersigned manager, submits this notice regarding

representation by counsel pursuant to the Court's Order dated March 4, 2026. Appellant acknowledges the

requirement to appear through counsel and is actively retaining Delaware-admitted counsel.

Appellant has filed a motion addressing party status and standing, including substitution of the real party

in interest, to permit the appeal to proceed without interruption. All rights are preserved pending counsel's

appearance.

Dated: April 8, 2026

Respectfully submitted,

/s/ John T. Pautsch

John T. Pautsch, Manager
THE G.O.A.T. MEDIA, LLC
9903 Santa Monica Blvd. #169
Beverly Hills, CA 90212
Telephone: (310) 745-0257
Email: legal@thegoat.com